*R #152025  Check# 104*

Date: 03/07/11  
**DIVIDENDS REMITTED TO THE COURT**  
Page: 1

Case Number 10-13415 - DANIELS, JOSHUA L

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| ILLUMINATING COMPANY BANKRUPTCY DEPARTMENT<br>6896 MILLER RD SUITE 204<br>BRECKSVILLE OH 44141<br>(2-1) Electric Service | 000002 | 8.34 | 0.40 |
| ---------- Remittance Total --------------- | | 8.34 | 0.40 |

TRUSTEE VIRGIL E. BROWN, JR., Trustee

COURT1  
Printed: 03/07/11 06:03 PM   Ver: 16.01c

10-13415-aih    Doc 19    FILED 03/14/11    ENTERED 03/14/11 14:52:14    Page 1 of 1